IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16-CR-159 AGF |
| | ) |
| LOREN COPP | ) |
| | ) |
| Defendant. | ) |

**CORRECTED CERTIFICATE OF SERVICE**

Comes now defense counsel, Assistant Federal Public Defender Charles J. Banks, and hereby states that the certificate of service on his previously filed *Motion to Suppress Statements & Evidence* (Document #59) contains an error. Document #59 was served upon Assistant United States Attorney Jennifer Winfield and filed on March 24th, 2017 <u>not</u> on March 23, 2017 as the document originally stated.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jennifer Winfield, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender