IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | No. 4:16-CR-159  AGF NCC |
| ) | |
| LOREN COPP     ) | |
| ) | |
| Defendant.     ) | |

**REQUEST FOR STATUS CONFERENCE**

COMES NOW defendant ("Mr. Copp"), through his attorney, Nanci McCarthy, Assistant Federal Public Defender, and asks this Court schedule a status conference in the above styled cause any time June 5, 2017 through June 8, 2017 or as soon thereafter as possible.  The parties have negotiated a tentative resolution to this cause which would alleviate the need for the pretrial motion hearing scheduled for June 15, 2017.  The government has extended a resolution that will expire prior to the current pretrial motion hearing of June 15, 2017.  The parties have agreed that Mr. Copp will either participate in a hearing waiving his right to file pretrial motions or a Frye hearing acknowledging he has declined the offer made by the government.  In order to allow sufficient notification to all witnesses, the government has requested defendant make every effort to hold such a hearing no later than Thursday June 8, 2017.

WHEREFORE, Counsel is requesting that this Court schedule a status conference to either allow Mr. Copp's withdrawl of previously filed pretrial motions or to conduct a Frye hearing acknowledging Mr. Copp is aware of the government's plea offer and is declining their offer.

.

        Respectfully submitted,

        /s/Nanci McCarthy
        Nanci McCarthy
        Assistant Federal Public Defender
        1010 Market Street, Suite 200
        St. Louis, Missouri 63101
        Telephone: (314) 241-1255
        Fax: (314) 421-3177

        ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jennifer Winfield, Assistant United States Attorney.

        /s/Nanci McCarthy
        Nanci McCarthy
        Assistant Federal Public Defender