UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CR-00159-AGF |
| LOREN ALLEN COPP, | ) ) ) | |
| Defendant. | ) ) | |

# **ORDER**

This matter came before the Court on this date for a Status Conference. Defendant was present and represented by his attorneys, Assistant Federal Public Defenders Nanci McCarthy and Charles Banks. The Government was represented by Assistant United States Attorneys Jennifer Winfield and Colleen Lang.

At the Status Conference, the court conducted a hearing pursuant to *State of Missouri v. Frye*. Defendant stated that he understood the plea offer that had been offered to him by the Government and he rejected that offer and expressed his desire to go to trial. The Government stated that with Defendant's current rejection of the plea offer, it is no longer available to him.

Further, Defendant expressed issues with the relationship he has with his current attorneys and stated that he intends to retain new counsel. The court conducted a hearing, a portion of which was held ex parte without the Government present, to inquire further into Defendant's issues with current counsel. Defendant stated he is attempting to retain new

counsel, and is given seven (7) days, to and including **Friday, December 29, 2017** to file a motion to substitute counsel.

This case remains scheduled for trial on **February 5, 2018 at 9:00 a.m.**

Dated this 22nd day of December, 2017.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE