UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:16-cr-159-AGF ) |
| LOREN A. COPP, | ) ) ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

COME NOW Nathan T. Swanson, retained counsel for Defendant, and hereby request this Court grant this motion to withdraw as counsel for Defendant. In support of this motion, counsel state as follows:

1. Trial in this matter is currently set for February 5, 2018.

2. Counsel entered their appearance on behalf of Defendant on January 3, 2018, and filed a request for continuance on January 10, 2018.

3. On January 12, 2018, this court indicated that the court would agree to continue the matter to April, and directed counsel to confirm with counsel's availability.

4. Regretfully, counsel has been unable to confirm availability with absolute certainty.

WHEREFORE, counsel respectfully request this Honorable Court grant this motion to withdraw as counsel for Defendant.

1

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, & FRY

By:    /S/ Nathan T. Swanson
        Nathan T. Swanson, #62615 MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile 862-8050

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 16, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jennifer Winfield and Colleen Lang, Assistant United States Attorney.