UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Joel J Schwartz, and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

By:   /s/ Joel J Schwartz
JOEL J SCHWARTZ, #39066
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: jschwartz@rsflawfirm.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | Case No.: 4:16-cr-159-AGF |
| ) | |
| LOREN A. COPP,    ) | |
| ) | |
| Defendant.    ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang and Ms. Jennifer A. Winfield, assistant United States attorneys.

    **Entry of Appearance**

                                          ROSENBLUM, SCHWARTZ & FRY, PC


                          By:    /s/ Joel J Schwartz
                                 JOEL J SCHWARTZ, #39066
                                 Attorney for Defendant
                                 120 S. Central Avenue, Suite 130
                                 Clayton, Missouri 63105
                                 (314) 862-4332/Facsimile (314)862-8050