UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Marc M. Johnson, and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

By: /s/ *Marc M. Johnson*
MARC M. JOHNSON, #58065
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: mjohnson@rsflawfirm.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang and Ms. Jennifer A. Winfield, assistant United States attorneys.

**Entry of Appearance**

          ROSENBLUM, SCHWARTZ & FRY, PC

    By: /s/ *Marc M. Johnson*
       MARC M. JOHNSON, #58065
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile (314)862-8050
       Email: mjohnson@rsflawfirm.com