# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET CRIMINAL PROCEEDINGS

Date  April 2, 2018              Case No.    4:16CR00159 AGF

UNITED STATES OF AMERICA vs. Loren Allen Copp
Judge Audrey G. Fleissig              Court Reporter    P. Dunn Wecke
Deputy Clerk B. Porter                Interpreter N/A
Assistant United States Attorney(s)   Jennifer Winfield & Colleen Lang
Attorney(s) for Defendant             Marc Johnson & Nathan Swanson

**Parties present for** change of plea. The defendant advises that he does not wish to change his plea and would like to proceed to trial.  The defendant requests a bench trial.  The government has no objection.  The defendant, counsel, and Court sign a waiver of a jury trial form.  The Court conducts a Frye hearing.  The Court provides details of the government's proposed plea agreement.  The defendant advises that he understands the terms of the agreement and rejects the offer.  The defendant requests to proceed pro se with the Rosenblum Schwartz firm as standby counsel.  The Court conducts an inquiry into the defendant's ability to represent himself.  The Court grants leave for the defendant to proceed pro se.  The defendant will appear next for a final pretrial conference on April 9, 2018 at 9:00 AM.

Defendant is        ☐ Released on **BOND**        ☒ Remanded to **CUSTODY**

Proceedings Commenced  10:42 AM           Proceedings Concluded   12:34 PM