UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. S1-4:16CR00159 AGF |
| ) | |
| LOREN ALLEN COPP, ) | |
| a/k/a "Sensei," ) | |
| ) | |
| Defendant. ) | |

## MOTION IN LIMINE TO EXCLUDE EVIDENCE PURSUANT TO RULE 412

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield and Colleen C. Lang, Assistant United States Attorneys for said District, and files this Motion in Limine to exclude evidence pursuant to Rule 412 of the Federal Rules of Criminal Procedure.

The Government requests a Motion in Limine to Exclude Evidence of Victims' Alleged Other Sexual Behavior or Conduct and submits the following motion and memorandum pursuant to Fed. R. Evid. Rule 412 to exclude any evidence that the defendant would seek to introduce at trial regarding: 1) any evidence that "Jane Doe 1," "Jane Doe 3" and "Jane Doe 5," were predisposed to taking lewd and lascivious photos of themselves; (2) any evidence of other sexual conduct of "Jane Doe 1," "Jane Doe 3" and "Jane Doe 5," such as prior sexual partners, and (3) details of prior sexual activity or abuse and allegations of or any details about of any unrelated sexual assaults and abuse against the victims by others.

The Government anticipates that the defendant may attempt to elicit such evidence at

1

trial, based on other evidence gathered in this investigation.   Such evidence of sexual behavior of the victims, however, is inadmissible under Fed. R. Evid. 412 because it is wholly irrelevant to the charges in this case and serves no purpose other than for the defendant to prejudice the Court and humiliate the victims.   Any attempt by the defendant to investigate these claims inappropriately and unnecessarily invades the privacy of these victims and would result in the type of embarrassment that Fed. R. Evid. 412 was intended to avoid which functions as a federal rape shield law.   Moreover, the exclusion of such evidence does not violate any rights that the defendant has to a fair trial.

For the foregoing reasons, the Government respectfully requests that the Court admit the evidence outlined above pursuant to Rule 412.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, 53350MO
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, the attached was filed electronically with the Clerk of the Court and served by way of this Court's Electronic Notification System upon all counsel of record, and mailed to defendant Loren Copp at the St. Charles County Adult Detention Center, 301 N. Second Street, St. Charles, MO 63301.

*s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, 53350MO
Assistant United States Attorney