UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:16-cr-159-AGF |
| ) | |
| LOREN A. COPP, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION IN LIMINE

COMES NOW Defendant, pro se, and respectfully requests this court exclude from trial any evidence or testimony of the following as overly prejudicial, probative of nothing in dispute, cumulative, confusing as to issues in dispute, needlessly wasteful of time, misleading to the trier of fact, inadmissible character evidence, inadmissible propensity evidence, inadmissible prior and/or uncharged bad act evidence, and/or irrelevant.

- Any allegations or evidence of labor law violations.

- Any allegations or evidence of Social Security Fraud.

- Any allegations or evidence of health or safety laws and regulations in the operation of the "Dojo Pizza" restaurant.

- Any allegations or evidence of child pornography other than that that serves as the basis for the charges against Defendant.

- Any allegations or evidence related to the Southwest Christian Church, or any other prior business of Defendant.

- Any allegations or evidence of sexual contact between Defendant and anyone other than the identified victims.

- Any allegations or evidence of "child erotica."

- Any allegations or evidence of file names, link files, meta-data, or other computer evidence that is suggestive of child pornography, without actually being child pornography.

- Any evidence of jail phone calls or emails.

- Any evidence of the so-called "Linda Baker" emails, except to the extent that the emails form the *actus reus* of one or more of the charges.

- Any evidence or allegations of subjective beliefs as to the behavior of Defendant towards minors.

- Any allegations or evidence of erectile disfunction.

WHEREFORE, Defendant respectfully requests this evidence described above be excluded from trial.

Respectfully submitted,

*/s/ Loren Copp*
Defendant, Pro Se[1]

---

[1] Per Defendant's request, this document is filed and served to opposing counsel by standby counsel.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, and at the request of Defendant Loren Copp, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang and Ms. Jennifer A. Winfield, assistant United States attorneys.

**Defendant's Motion in Limine**

ROSENBLUM, SCHWARTZ & FRY, PC

By:  /s/ Nathan T. Swanson
NATHAN T. SWANSON, #62615MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050