# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) )  No.  4:16-cr-001 59-AGF-1 |
| vs. | ) ) |
| **LOREN ALLEN COPP,** | ) ) |
| Defendant. | ) |

## DESIGNATION OF DEFENDANT'S CASE AGENT

    COMES NOW Defendant, acting pro se, and designates Greg Chatten, Forensic Computer Service, Inc., St. Louis, Missouri, as defendant's case agent during the trial of this matter.

    Respectfully submitted,

    */s/ Loren Copp*
    Defendant, Pro Se[1]

---

[1] Per Defendant's request, this document is filed and served to opposing counsel by standby counsel.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:16-cr-159-AGF ) |
| LOREN A. COPP, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, and at the request of Defendant Loren Copp, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang and Ms. Jennifer A. Winfield, assistant United States attorneys.

**DESIGNATION OF DEFENDANT'S CASE AGENT**

ROSENBLUM, SCHWARTZ & FRY, PC

By:  /s/ Nathan T. Swanson
NATHAN T. SWANSON, #62615MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050