UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S SUMMARY OF EXPECTED EXPERT TESTIMONY

COMES NOW Defendant Loren Copp, *pro se*, and submits the following summary of expected testimony to be offered at trial in the above captioned case.

Defendant expects to present the testimony of Greg Chatten, of Forensic Computer Service, who by virtue of his training and experience is an expert in the field of computer forensics. Mr. Chatten will testify as to his review of the computers seized as evidence in this case. Mr. Chatten will testify that he was provided access to a copy of the hard drives of the various computers seized in this matter by the Regional Computer Crime Education and Enforcement Group ("RCCEEG").

Specifically, Mr. Chatten will testify that he examined an Acer PC (Item 11), Purex Hard External Hard Drive (Item 23), HP Pavilion (Item 17), and Dell Optiplex 760 computer (Item 20)[1], and that for each, he located multiple incidents of the presence and use of Windows Remote Desktop (a/k/a Remote Access, Remote Control). Mr. Chatten will testify as to the level of control and

---

[1] Or an exact, forensic copy.

actions permitted by Remote Access. These findings are contained in Mr. Chatten's report, a copy of which was supplied to opposing counsel.

Mr. Chatten will further testify that during his review of Item 23, he found evidence of activity on specific dates that Defendant alleges he was otherwise engaged, and unable to access the computer.

Mr. Chatten will base his testimony on, and is qualified to testify as such, due to his training and experience received during his tenure as a computer forensic examiner and private investigator. Mr. Chatten has been a computer forensic examiner for more than 10 years. He has completed numerous forensic related educational seminars and training courses. His CV has been provided to counsel for the Government. He has previously testified as an expert witness in state and federal court.

Respectfully submitted,

*/s/ Loren Copp*

Defendant, Pro Se[2]

---

[2] Per Defendant's request, this document is filed and served to opposing counsel by standby counsel.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:16-cr-159-AGF ) |
| LOREN A. COPP, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, and at the request of Defendant Loren Copp, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang and Ms. Jennifer A. Winfield, assistant United States attorneys.

**DEFENDANT'S SUMMARY OF EXPECTED EXPERT TESTIMONY**

ROSENBLUM, SCHWARTZ & FRY, PC

By: /s/ Nathan T. Swanson
NATHAN T. SWANSON, #62615MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050