UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CR-00159-AGF |
| LOREN ALLEN COPP, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the United States Marshals Service is directed to permit Defendant and his stand-by attorney to photograph Defendant's penis, while in Marshals custody, on April 18, 2018, prior to commencement of trial on that date.  In addition to Defendant and his stand-by attorney, the attorneys-of-record for the Government in this case, along with their case agents, may be present when any photographs are taken.

Dated this 17th day of April, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE