UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S FINAL EXHIBIT LIST**

COMES NOW Defendant Loren Copp, *pro se*, and hereby provides the following list of exhibits admitted at trial.

| | |
|---|---|
| C. | Google Street view of 4300 Neosho |
| D. | Map of Area of Morgan Ford and Neosho |
| HH. | Image of Office, Desk with Hard Drives |
| II. | Image of Hard Drives and Bills |
| NN. | Image through hole in wall to bathroom |
| OO. | Image through hole in wall to bathroom |
| PP. | Image through hole in wall to bathroom |
| QQ. | Image through hole in wall to bathroom |
| RR. | Image through hole in wall to bathroom |
| SS. | Image through hole in wall to bathroom |
| IIII. | Copp Family Photo |
| JJJJ. | Copp Family Photo |
| KKKK. | Copp Family Photo |
| NNNN. | Picture of Milk Expiration Date |
| OOOO. | Picture of Hotdogs |
| PPPP. | Picture of Black Suburban |
| QQQQ. | Picture of License Plate |
| RRRR-2. | June 27, 2014 JD 1 Post |
| RRRR-3. | November 27, 2014 JD 1 Post |
| RRRR-5. | June 5, 2017 JD 1 Post |
| RRRR-6. | May 14, JD 1 Post |
| RRRR-7. | June 21, JD 1 Post |
| RRRR-8. | October 25, 2014 Post JD 1 |
| RRRR-9. | June 5, 2014 Post JD 1 |

| | |
|---|---|
| RRRR-10. | August 29, 2014 Post "hacked" |
| RRRR-11. | May 11, 2014 Post JD1 |
| RRRR-12. | July 23, 2014 JD 3 "Hacked" |
| RRRR-13. | June 8, 2013 JD 3 Breakfast |
| RRRR-14. | October 27, 2014 "Fridays" |
| TTTT. | Video of 4601 Morgan Ford, Copp |
| WWWW. | Image of Letter from Captain Steven Mueller |
| YYYY. | Greg Chatten CV |
| BBBBB. | Picture of Copp's Anatomy (pursuant to offer of proof) |
| DDDDD. | Prescription |
| EEEEE. | Mercy Bill |
| FFFFF. | DFS Letter |
| GGGGG. | FBI Image, Electronics on Lectern |
| HHHHH. | Food Establishment Inspection Report |
| IIIII. | FBI Image, Kitchen |
| JJJJJ. | FBI Image, Crawlspace, Exposed |
| MMMMM. | Remote Access Spreadsheets |

Respectfully submitted,

*/s/ Loren Copp*

Defendant, Pro Se[1]

---

[1] Per Defendant's request, this document is filed and served to opposing counsel by standby counsel.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 23, 2018, and at the request of Defendant Loren Copp, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang and Ms. Jennifer A. Winfield, assistant United States attorneys.

**DEFENDANT'S FINAL EXHIBIT LIST**

                                                ROSENBLUM, SCHWARTZ & FRY, PC

                                    By:    /s/ Nathan T. Swanson

                                           NATHAN T. SWANSON, #62615MO

                                           Attorney for Defendant

                                           120 S. Central Avenue, Suite 130

                                           Clayton, Missouri 63105

                                           (314) 862-4332/Facsimile (314)862-8050