UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  S1-4:16 CR00159 AGF |
| Loren Allen Copp, a/k/a "Sensei," | ) ) ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S TRIAL EXHIBITS

Comes now the United States of America, by and through its attorneys, by Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, Jennifer A. Winfield and Colleen C. Lang, Assistant United States Attorneys for said District, moves to seal the Government's Exhibits that were introduced by the Government at trial.  The exhibits were admitted by the Court and are listed in Government's Exhibit List, Doc. #200.  The Government alleges that many of these exhibits contain images or videos of child pornography and request that they be sealed.  The exhibits that include child pornography are intertwined with other evidence admitted at trial so the Government is requesting that all exhibits being sealed.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 /s/  Jennifer A. Winfield
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  S1-4:16 CR00159 AGF |
| | ) |
| Loren Allen Copp, | ) |
| a/k/a "Sensei," | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

Before the Court is the Government's motion for sealing Government's Trial Exhibits as listed in the Government's Final Exhibit List, Doc. #200.

In accordance with Title 18 U.S.C.A. Section 3509(m)(1), "[i]n any criminal proceeding, any property or material that constitutes child pornography (as defined by section 2256 of this title) shall remain in the care, custody, and control of either the Government or the court." Upon consideration of the motion, and for the reasons stated therein and pursuant to Fed. R. Crim. P. 16(d)(1),

IT IS HEREBY ORDERED that the Government's Exhibits be sealed.

_____
Audrey G. Fleissig
United States District Court Judge

Dated this \_\_\_\_\_ day of _____, 2018.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2018, the attached was filed electronically with the Clerk of the Court and served by way of this Court's Electronic Notification System upon all counsel of record, and mailed to defendant Loren Copp at the St. Charles County Adult Detention Center, 301 N. Second Street, St. Charles, MO 63301.

                                                       */s/ Jennifer A. Winfield*
                                                     JENNIFER A. WINFIELD, #53350MO
                                                   Assistant United States Attorney