UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  S1-4:16 CR00159 AGF |
| Loren Allen Copp, a/k/a "Sensei," | ) |
| Defendant. | ) |

### ORDER

Before the Court is the Government's motion for sealing Government's Trial Exhibits as listed in the Government's Final Exhibit List, Doc. #200.

In accordance with Title 18 U.S.C.A. Section 3509(m)(1), "[i]n any criminal proceeding, any property or material that constitutes child pornography (as defined by section 2256 of this title) shall remain in the care, custody, and control of either the Government or the court." Upon consideration of the motion, and for the reasons stated therein and pursuant to Fed. R. Crim. P. 16(d)(1),

IT IS HEREBY ORDERED that the Government's Exhibits be sealed.

_____
Audrey G. Fleissig
United States District Court Judge

Dated this  26th  day of   April   , 2018.