UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CR-00159-AGF ) |
| LOREN ALLEN COPP, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

In connection with the bench trial held in this matter,

**IT IS HEREBY ORDERED** that or before **Monday, May 21, 2018**, the United States shall file a memorandum identifying the legal elements of each of the Counts of the Superseding Indictment, with citation to supporting case law.

**IT IS FURTHER ORDERED** that if Defendant disagrees with the legal elements of the Counts as identified by the United States, he shall have **seven days** from the date of service to file a counter statement of the elements as to any such Count with citation supporting case law.

The filings by the parties shall be limited to identification of the legal elements of each of the claims, and shall not contain argument with respect to the facts.

Dated this 14th day of May, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE