UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LOREN ALLEN COPP,
A/K/A "Sensei"
    Defendant

NO. S1- 4:16-CR-00159-AGF

## DEFENDANTS RESPONSE TO GOVERNMENTS MOTION FOR A SHOW CAUSE HEARING

Now comes the Defendant, Loren Allen Copp, Pro se', requesting Governments motion for A Show cause hearing be denied. Defendant has met the requirements of the Courts Order, Filed, 05/14/2018, And Any hearing on the matter Would only bring Needless expenses for defendant. In support of this Request defendant states As Follows:

1. ON 05/14/2018, The Court Ordered, "That or before Monday, May 21, 2018, the United States shall File A memorandum identifying the legal elements of each of The Counts of The Superseding Indictment, With citation to supporting case law."

   A. ON Monday, May 21st, 2018, The Government Filed Their memorandum.

(1)

B. Government sent an email to a third party at the St. Charles County Jail, containing the memorandum. The memorandum was hand delivered to the Defendant between 3:30pm and 4:00pm on 05/21/2018.

2. The second half of the May 18, 2018, order states: "IT IS FURTHER ORDERED that if Defendant disagrees with the legal elements of the Counts as identified by the United States, he shall have seven days from the date of service to file a counter statement of the elements as to any such counts with citation supporting case law."
"The Filings by the Parties shall be limited to identification of the claims, and shall not contain arguments with respects to the facts."

   A. Defendant reviewed the Governments memorandum and did not find anything to add.

   B. Defendant followed the Court order because it stated, "IF Defendant disagrees with the legal elements." The Defendant therefore replied by default by not sending a response in 7 days.

   C. The Memorandum was to be limited to "identification of the claims", and not to "Argument with respects to the facts." Defendant did not see a need to add to the Governments claims and followed the order by not arguing the facts.

Therefore, the Defendant hereby request the Governments motion be denied based upon Defendant has already met the requirements of the 05/14/2018 order.

Respectfully submitted

_Loren A. Copp_
Pro se'           06-21-2018

(2)