UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CR-00159-AGF |
| ) | |
| LOREN ALLEN COPP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Court shall hold a hearing on **Wednesday, December 26, 2018 at 10:30 a.m.** at which the verdicts will be announced.

Dated this 17th day of December, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE