RECEIVED

JAN – 4 2019

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    V.                          )    No. S1-4:16CR00159 AGF
                                )
                                )
LOREN ALLEN COPP,               )
A/K/A "Sensei,"                 )
                                )
            Defendant.          )

## MOTION FOR NEW TRIAL

Now comes defendant Loren A. Copp, Pro-se, requesting a new trial based upon statements listed below.

1.) The Trial court erred by denying Defendants' motion to supress statements and evidence, and erred in permitting of admission of the contested evidence at trial. This error was to Defendants' prejudice, and denied Defendant his constitutional rights and a fair trial.

2) The Trial Court erred by denying motion to Disclose Confidential Source. Trial court also erred in permitting any testimony about what any Confidential Source told any witness. This error was to Defendant's prejudice, and denied Defendant his constitutional rights and a fair trial.

3) The trial Court erred by denial of motion to Withdraw or in the alternative to Continue, filed January 16, 2018. This error was to the Defendant's prejudice, and denied Defendant his constitutional rights and a fair trial.

(1)

4.) The trial court erred by not permiting the Admission of any evidence or testimony regarding distinctive Characteristics of Defendants Anatomy, that clearly show Defendant was Not The person in The Images presented. This error was to Defendant's Prejudice, And Denied Defendant his Constitutional rights And A Fair trial.

5.) The trial Court erred by Not permiting Defendant to raise a defense That he could Not be the person in the pictures, because of distinctive Aspects of his Anatomy. This error was to Defendant's Prejudice, And denied Defendant his Constitutional rights And Fair trial.

6.) The trial court erred by either denying That Greg Chatten was An expert, or the court reserved the ruling on the matter without ever resolving it. In The case the Trial Court Finds Greg Chatten was not An expert, the Defendant would be of The Opinion the trial Court erred, This error was to The Defendant's Prejudice, And Denied Defendant his Constitutional rights And A Fair trial.

7.) The Trial Court erred in in Limiting the testimony of Greg Chatten. This error was To The Defendant's Prejudice, And denied Defendant his Constitutional rights And A Fair trial.

8.) The trial court erred by refusing to Permit Defendant To call Michael McDonald To Testify. This error was to The Defendants Prejudice, And denied Defendant his Constitutional rights And A Fair trial.

9.) The Trial Court erred in sustaining the objection to improper impeachment And hearsay of Testimony From Gabi Niles. This error was To The Defendants Prejudice And denied Defendant his Constitutional Rights And A Fair trial.

10.) The trial Court erred in sustaining the Objection to Lorraine Bala hearsay, When Gobi Niles Was Asked About it. This error was To the Defendants Prejudice, And denied Defendant his constitutional rights And A Fair Trial.

11.) The Trial court erred in sustaining the Objection to Gobi Niles Testifying About Darrian Hayes. This error was To The Defendants' Prejudice, And denied Defendants" his Constitutional rights And A Fair Trial.

12.) The trial Cart erred in sustaining the hearsay objections To Mueller's Testimony About how Copp Referred to The Girls And how They referred to him. This error was to The Defendants Prejudice, And denied Defendant his constitutional rights And A Fair trial.

13.) The trial cart erred in sustaining objection To pausing Elvin Cooks Testimony About officer Keaton Strong, And Appointing counsel. This error was To The Defendants Prejudice, And denied Defendant his Constitutional rights And A Fair trial.

14.) The Trial Court erred in striking the whole testimony of Elvin Cook too Cook was Giving testimony to being present while Keaton Strong was Dealing Guns and Drugs. Futher testimony As to A meeting where Strong was going to have Defendant Taken out because Defendant was Slawing Down the "Business". Cook Also had Testimony to Lorriana Bala Being tied to Strong. This error was to The Defendants Prejudice And denied Defendant his constitutional rights And A Fair trial.

15.) The Trial court erred in limiting the introduction of Evidence on I.A.A. information About officer Strong. This error was to The Defendants Prejudice, And denied Defendant his Constitutional rights And A Fair trial.

16.) The trial court erred in sustaining the objection to Testimony about who Formed the various business entities. This error was to The Defendant's Prejudice, And denied Defendant his constitutional rights And A Fair Trial,

17.) The Trial court erred by not Allowing Defendant Ample time to examine video transcripts of Girls interviews to Allow Proper questing And cross examination of witnesses. This error was to The Defendant's Prejudice, And denied Defendant his constitutional rights A Fair Trial.

18.) The trial court erred in denying the motion for Judgment of Acquittal At the close of The Governments Case in Chief. This error was to the Defendant's Prejudice, And denied Defendant his constitutional rights And A fair trial.

19.) The trial court erred in denying the motion for Judgement of Acquittal At The close of All Evidence. This error was to The Defendant's Prejudice And denied Defendant his constitutional rights And A Fair Trial.

Date: 12/30/2018

Respectfully Submitted:

Loren A. Copp, Pro-se

(4)