UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CR-00159-AGF |
| | ) | |
| LOREN ALLEN COPP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is before the Court on Defendant's Pro Se Motion (Doc. No. 222) wherein he requests a pro bono copy of the Trial Transcript as well as an extension of time to file a reply to the Government's Response in Opposition to Defendant's Motion for New Trial.  In Defendant's motion, he states that his funds have been depleted and as such he requests a pro bono copy of the Trial Transcript.  He further asks for three weeks additional time from the date he receives the transcript to prepare and file a Reply to the Government's Response in Opposition.

For purposes of the Court, Defendant's statement of indigence made within his motion is not sufficient to deem him indigent for purposes of requesting pro bono copies of documents.  As such, Defendant must file a Motion to Proceed In Forma Pauperis along with a Financial Affidavit and Inmate Account Statement.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will defer ruling on Defendant's Motion until such time as he files a Motion to Proceed In Forma Pauperis along with a Financial Affidavit and Inmate Account Statement.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail a Financial Affidavit to Defendant along with a copy of this Order.

Dated this 13th day of February, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE