RECEIVED
APR 29 2019
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTH EASTERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
V. ) NO. S1-4:16CR00159 AGF
)
LOREN ALLEN COPP )
AKA "Sensei" )
Defendant. )

## DEFENCE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Now comes Defendant, Loren Allen Copp, Pro-se', respectfully submitting the following objection to the "Presentense Investigation Report" (PSR), pertaining to this case.

1.) Points 5 through 24.

Defendant unequivocaly denies any and all charges. Defendant denies any abuse, sexual abuse, of any minors, or persons.

Defendant denies ever being or acting to be "Chrissy" or "Linda

(1 of 6)

Baker". Defendant denies producing, possessing, receiving, looking at any illegal photos, or videos of any minors.

Defendant denies having knowledge of any illegal images or videos stored, created, placed on any devices, hard drives or storage disk he owned or had control of.

Therefore, Defendant objects to any statements made that would state the Defendant is guilty or participated in any of the allegations made by Prosecution.

Defense objects to using any quotes, statements, or allegations made by any exwives, alleged victims, police officers, Federal Agents, memembers of the Prosecution team, or experts who did not take the stand, go under oath, and submit to cross examination by Defense.

Defense objects to any statements made by people who did take the stand, but are making statements about events that were not brought up in trial, and therefore were not subject to

(2 of 6)

cross examination by Defense, breaking the rights to Due prossess of the law. This objection also applies to quotes or summaries from Reports, motions, or writen statements supplied by Prosecution.

2.) Point 74.

Defendant denies being "Chrissy", and denies having any conversations as "Chrissy", on the "Chrissy Facebook Account.

Therefore Defense objects to any statements made that would state, imply or reflect Defendant was or could have been "Chrissy" or acted as "Chrissy", on the "Chrissy" Facebook page.

3.) Point 75.

Defendant denies any sexual contact with any of the Jane Does' in this case.

Defendant denies that Jane Doe 3 could have ever been able to look through a door, or door lock, and see Defendant laying on top of Jane Doe 1.

(3 of 6)

Photos taken by Federal Agents of the bedroom doors in the house where alleged event happened, show there is no whole, gap, crack, to see through on the door or door locks. This event could not have happened.

Therefore, Defendant objects to this being allowed to be apart of the P.S.R.

4.) Point 83.

All claims and statements made by Malissa Sapp, should wholly be stricken from this report. Malissa was not at trial, nor under oath, nor subject to cross.

Malissa was under oath in 1995 custody and divorce hearings and stated Mr. Copp did not physically abuse her. Any statements that she was abused is in conflict with her state hearing.

Defendant objects to the reliability and the relevancy, of Malissa Sapp.

Defendant never was in a physical fight with his son,

(4 of 6)

Malissa was not at the same house the night Defendants son left, she was not even in the same state. Her statements are not relevant for one, and hearsay at best. Defense objects to this being a part of The P.S.R.

5.) Point 84.

Malissa Sapp stating Crystal Pavers, was the baby sitter of Defendants son is not relevant. Futher more is not true, Malissa lived in a seperate state and wald have no knowledge of how Defendant met Crystal Pavers. Any thing stated wald be hearsay. Defense objects to this being included into the PSR.

6.) Point 85

Julie Copp was at trial, she chose not to take the stand. therefore her statements have not been exposed to under oath cross examination. Allowing these statement violates

(5 of 6)

the rights of Due process of law.

Therefore defense objects to all statements made by Julie Copp.

Respectfully submitted

*LACopp*

Loren A. Copp, Pro-se'

04-18-2019

Loren Copp
SCCDOC
301 N. 2nd St
St Charles, MO 63301

Legal Mail   SAINT LOUIS MO 630
26 APR 2019 PM 8 L

MAILED FROM:
ST. CHARLES COUNTY
ADULT DETENTION FACILITY

Office of The Clerk
UNITED STATES DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO 63102

RECEIVED
APR 29 2019
BY MAIL

63102-112894