# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 S. TENTH STREET
ST. LOUIS, MISSOURI 63102

**AUDREY G. FLEISSIG**
**UNITED STATES DISTRICT JUDGE**

PHONE: (314) 244-7420
FAX: (314) 244-7429

May 30, 2019

Loren Copp
St. Charles County Department of Corrections
301 North 2nd Street
St. Charles, Missouri   63301

Dear Mr. Copp:

    I am in receipt of your letter received on May 21, 2019.  By copy of this letter, I am forwarding the letter to attorney Joel Schwartz who has agreed to follow-up on your behalf.

    Sincerely,

*Audrey G. Fleissig*
Audrey G. Fleissig
United States District Judge

cc:    Joel Schwartz