UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.

LOREN ALLEN COPP

    Defendant.

No. S1-4:16 CR 00159 AGF

## REQUEST FOR RELIEF FROM GOVERNMENTS HARRASSMENT AND MOTION FOR CONTINUANCE

Now comes Defendant Loren A. Copp, pro-se', requesting relief from the governments improper harrasment of Defendants personal, and legal mail. Defendant has been subjected to undue interferance by the government which has delayed, and at this point stopped communication between the court and the Defendant. Therefor defendant request a continuance of the sentencing hearing because of these illegal delays and actions caused by the government. Defendant also request a hearing on the matter where the government produce just cause for

these illegal, disruptive delays caused and placed upon defense.

From at least the time information got out to the feds that the Defendant informed the court about a new witness to the corruption of Keaton Strong; And informed the court of letters from Mr. Cook stating he was assaulted in prison because of his testimony against Keaton Strong; Defendants mail has been withheld or delayed. This is both incoming and out going mail. Defendant has had people mail him letters (including legal mail) that never arrived or were tardy in delivery. Defendant also recieved a "threat" letter, informing him to stop fighting his case. This letter was delivered to defendant, but was <u>NOT</u> loged into the jail mail delivery system. It should be noted that the second line of this letter states: "The Federal Government had previosly, strongly suggested that I write this two you". These kind of actions from the government, Defendant has become accustom to, not that they should be allowed, but Defendant has learned to expect these actions in this case. But now, I have proof that the government has been causing delay in the sending and recieving of Defence legal mail, including correspondance with this court. This court mailed orders to the defendant on 12-03-19. This peice of mail was recieved by St Charles Jail and loged in at 12:45<sup>pm</sup>

Defendant was expecting this mail so he had a C.O check delivery logs. When mail was not delivered to the Defendant that night with the rest of the pods mail, Defendant found that his mail was being held on orders from the Federal level. Defendant was also informed that <u>ALL</u> his mail going in or out was being held for Federal review. Defendant informed the jail that this mail was from the Federal court, And Defendant needed it to make a timely response. I was again informed ALL my mail, personal and legal was being held on the orders from a person on the Federal level. Defendant was informed <u>ALL</u> out going mail was being held for Federal review. Defendant stated he had a motion that was to be filed "Under Seal" and was just for the Judge. Again Defendant was told <u>ALL</u> mail was being held. On Monday 12/9/2019 Defendant recieved a stack of legal mail from his Standby counsel And the District Court, at 9:30 am. These letters were post marked as follows: 1.) District Court, 12/03/2019, 2.) District Court, 12/04/19 3.) Rosenblum, 12/04/2019, 4.) Rosenblum, 12/04/2019, This has mailed a pro-se' Defendant, And because of the Willful interferance of the Federal Government with legal mail, Defendant was deprived his rights to recieve the Courts orders. Beyond this, because of the Federal government, Defendant cannot mail out his sealed motions without

3 of 5

the government interfering.

By Constitutional right, Defendant has the right to correspond with the Courts concering his case, without interferance or delay. These illigal actions by the government are uncalled for and have caused unrecoverable time delay for defense in a time sensitive case. Is it not enough for the government that the defendant is in jail, hand writing all motions, is pro-se'; beyond they find away to delay the mail?

Because of all this unethical actions Defendant Request:
1.) The court has a hearing where the Government shows just cause for their actions.
2.) The Government, or St Charles County Jail be ordered to produce the person and the office that ordered the hold and copying of all the Defendants mail, and the withholding of court documents from the Defendant.
3.) The court orders an investigation into all of the unethical actions commited by the government in this case.
4.) The court grants the Defendant time to research all of the ramifications

these actions have brought to the defendant, so he can write a more indepth motion.

5. The Court grants the Defendant a continuance for the sentencing hearing.

Defendant prays the court takes action on these illegal, unethical actions of the government, and grants the above request. Defendant also ask the court orders the government to stop interfering with Defendants mail. For security reasons, Defendant is willing to have St Charles County Jail monitor his personal incoming and outgoing mail as long as it does not disclose information pertaining to the development of Defendants Defense.

Respectfully submitted

_____
Loren A. Copp - pro-se'

12-9-2019