UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-cr-159-AGF |
| | ) |
| LOREN A. COPP, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Defendant, Loren Copp, by and through counsel, and hereby moves this Court for leave to file his Request to Receive Funds for Witness Subpoenas under seal. In support of this motion, Defendant states as follows:

1. Defendant's Motion contains privileged information not ordinarily available to the public.

WHEREFORE, Defendant respectfully requests this Honorable Court grant him leave to file his Motion under file.

Respectfully submitted,

ROSENBLUM, SCHWARTZ AND FRY, PC

By: /s/ *Nathan T. Swanson*
NATHAN T. SWANSON, 62615MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email:nswanson@rsflawfirm.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2019 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney.