# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1102

United States of America

Appellee

v.

Loren Allen Copp, also known as Sensei

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cr-00159-AGF-1)
_____

**ORDER**

The transcripts have now been filed in the district court; accordingly, on the court's own motion appellant's brief deadline is extended to April 15, 2020.

March 23, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans